IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01145-MSK-MEH

CATHERINE S. WALTON, spouse and personal representative of the estate of Bruce Walton,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2009.**

    Defendant's Unopposed Motion to Vacate Scheduling Conference and Related Deadlines Due to Pending Motion to Consolidate [filed June 16, 2009; docket #19] is **granted**. The Scheduling Conference set for June 30, 2009, is hereby **vacated**. The parties shall submit a status report to the Court within five business days of the order on the pending Motion to Consolidate.