**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 08-CV-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

      Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al,

      Defendants.

---

## ORDER APPROVING STIPULATIONS FOR DISMISSAL

---

**Blackburn, J.**

      This matter is before me on the following: (1) the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00971-REB-CBS** [#404][1] filed October 8, 2010; and (2) the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00968-REB-CBS** [#405] filed October 8, 2010.  I approve the stipulations.

      Currently, these consolidated cases are closed administratively.  I conclude that there is good cause to re-open these cases for the purpose of approving the two stipulations and dismissing Civil Action No. 07-cv-00968 and Civil Action No. 07-cv-00971-REB-CBS.  I conclude also that the remaining cases in this consolidated action should be closed administratively pending the filing of stipulations for dismissal in those cases.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That under D.C.COLO.LCivR 41.2,  these consolidated cases are **REOPENED**;

---

[1]    "[#404]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00971-REB-CBS** [#404] filed October 8, 2010, is **APPROVED**;

3. That Civil Action No. 07-cv-00971-REB-CBS is **DISMISSED WITH PREJUDICE**;

4. That the **Stipulation for Dismissal with Prejudice of Civil Action No. 07-cv-00968-REB-CBS** [#405] filed October 8, 2010, is **APPROVED**;

5. That Civil Action No. 07-cv-00968-REB-CBS is **DISMISSED WITH PREJUDICE**;

6. That, given the dismissal of Civil Action No. 07-cv-00968 and Civil Action No. 07-cv-00971-REB-CBS, the caption of these consolidated cases is **AMENDED** to appear as shown below:

---

Civil Case No. 08-cv-02437-REB-CBS
(Consolidated with 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

JEAN MASON WIGHTMAN, et al.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

    Defendant.

---

7. That under D.C.COLO.LCivR 41.2, these consolidated cases are **CLOSED ADMINISTRATIVELY**, subject to reopening for good cause.

Dated October 14, 2010, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge