**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02437-REB-CBS
(Consolidated with 09-cv-00835-REB-CBS and 09-cv-01145-REB-CBS)

JEAN MASON WIGHTMAN, et al.,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF TRANSPORTATION, and
FEDERAL AVIATION ADMINISTRATION,

      Defendants.

---

### ORDER APPROVING STIPULATIONS FOR DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the following: (1) the **Stipulation For Dismissal**

**With Prejudice Civil Action No. 09-cv-00835-REB-CBS** [#29][1]; and (2) the

**Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-01145-REB-CBS**

[#29] filed October 18, 2010.  After reviewing the stipulations and the file, I conclude that

the stipulations should be approved and that these actions should be dismissed with

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-**

**00835-REB-CBS** [#29] is **APPROVED**;

---

[1]"[#29]" is the example of the convention I use to identify the docket number assigned to a specific
paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention
throughout this order.

2.  That Civil Action No. 09-cv-00835-REB-CBS is **DISMISSED WITH**

**PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-01145-REB-CBS** [#29] filed October 18, 2010, is **APPROVED**;

4.  That Civil Action No. 09-cv-01145-REB-CBS is **DISMISSED WITH**

**PREJUDICE** with the parties to pay their own attorney fees and costs;

5.  That, given the dismissal of Civil Action No. 09-cv-00835-REB-CBS and Civil

Action No. 09-cv-01145-REB-CBS, the caption of this case is **AMENDED** to appear as

shown below:

---

Civil Case No. 08-cv-02437-REB-CBS

JEAN MASON WIGHTMAN, et al.,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF TRANSPORTATION, and
FEDERAL AVIATION ADMINISTRATION,

     Defendants.

---

Dated October 18, 2010, at Denver, Colorado.

                **BY THE COURT:**

                Robert E. Blackburn
                United States District Judge